**UNITED STATES of America, Appellant,
v. ROGERS & ROGERS, Inc. et al.**

No. 14394.

United States Court of Appeals
Eighth Circuit.

Feb. 11, 1952.

C. U. Landrum, U. S. Atty., and Clifford F. Hansen, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Wilson, Blethen & Ogle, Mankato, Minn., Myers & Snerly, Chicago Ill., and Ralph C. Angstman, Princeton, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.